UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 10-20699-GRAHAM

UNITED STATES OF AMERICA

        Plaintiff,

vs.

MARINALVA PLACENSIO,
JOSE MENDONCA,
MIZAEL CRUZ,
INGRID MORFI, and
RAFAEL MORALES,

        Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON RESTITUTION

**THIS CAUSE** came before the Court upon the Report and Recommendation on Restitution, (D.E. 335).

**THE MATTER** was referred to Magistrate Judge Jonathan Goodman United States Magistrate Judge on May 5, 2011. The Court conducted a *de novo* review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Magistrate Judge Goodman's Report and Recommendation on Restitution is **ADOPTED** in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of May, 2012.

                                      DONALD L. GRAHAM
                                      UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Goodman
        Counsel of record
        U.S. Probation
        Clerk of Court (Financial Section)